FILED

08/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0203

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0203

JOEY ZAHARA,

       Plaintiff and Appellant,

  v.

ADVANCED NEUROLOGY SPECIALISTS,

       Defendant, Appellee,
       and Cross-Appellant.

_____

ORDER

_____

Upon consideration of the Appellee's opposed motion to file an overlength combined response and cross-appeal brief, and good cause appearing.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellee may file a combined brief not to exceed 12,500 words. Appellant may file a motion for overlength reply brief if he determines it is necessary after the Appellee's brief is filed.

ELECTRONICALLY dated and signed below.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 13 2024